IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PHIRRONNIUS EDWARDS, | * |
| Petitioner, | * |
| v. | Case No. 7:23-cv-82 (WLS) |
| | * |
| SHAWN GILLIS, | |
| | * |
| Respondent. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated May 24, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 24th day of May, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk